**\*\*E-filed 8/4/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN WILLIAM WALLACE,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF DEFNSE,

        Defendant.

No. 3:10-mc-80190 RS

**ORDER**

    By order issued on August 18, 2004, Judge Fern Smith of this district required pre-filing review of all papers submitted by plaintiff naming the United States Government as a defendant. The allegations in this action are incomprehensible such that the Court is unable to determine whether they are related to those previously asserted by plaintiff against the United States. Moreover, to the extent that the complaint is decipherable, it does not state a claim. Leave to proceed is denied.

Dated: 8/4/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE